# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** September 23, 2021

**CASE OF:** REGGIE EUGENE ALLEN V. STATE OF FLORIDA

**DOCKET NO.:** SC20-1053

**OPINION FILED:** September 2, 2021

## ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On p. 12, line 19, "[a]ttemped" was changed to "[a]ttempted."

**SIGNED: OPINION CLERK**